IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT HALTER AND CHRISTINA HALTER <br> *Plaintiffs,* <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY <br> *Defendant.* | § § § § § § § § § § | CIVIL ACTION NO. 3:23-cv-00225 |

## NOTICE OF REMOVAL

Defendant Nationwide Mutual Insurance Company ("Defendant"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal of the lawsuit captioned *Robert Halter and Christina Halter v. Nationwide Mutual Insurance Company*; Cause No. 2023DCV1420; In the 205th Judicial District of El Paso County, Texas.

## I.
## BACKGROUND

1. Plaintiffs Robert Halter and Christina Halter (hereinafter "Plaintiffs") initiated the present action by filing their Original Petition in Cause No. 2023DCV1420; In the 205th Judicial District of El Paso County, Texas on May 3, 2023 (the "State Court Action"). *See* Plaintiffs' Original Petition with Citation, attached as Exhibit A.

2. Defendant appeared and answered on June 8, 2023, asserting a general denial to the claims and allegations made in Plaintiffs' Original Petition. *See* Defendant's Original Answer, attached as Exhibit B.

3. Pursuant to 28 USC § 1446(a) all a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated in **Exhibit A**. A full copy of the state

court file has been requested and will be filed upon receipt. A Copy of the State Court Action Docket Sheet is attached as **Exhibit C.**

4. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiffs through their attorney of record, and to the clerk of the 205th Judicial District Court of El Paso County, Texas.

5. Pursuant to 28 USC §§ 1446(b)(1) and 1446(c)(1) this Notice of Removal has been timely filed within 30 days of service on Defendant of Plaintiffs' Original Petition and less than one year after the commencement of this action.

## II.
## JURISDICTION

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the matter is removable to this Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between the properly joined parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

**A.  Diversity of Parties**

7. Plaintiffs are individuals domiciled in El Paso County, Texas. *See* Exhibit A, Plaintiffs' Original Petition with Citation, at ¶¶ 2-5. Pursuant to 28 U.S.C. § 1332(a), therefore, Plaintiffs are citizens of the State of Texas.

8. Defendant Nationwide Mutual Insurance Company is a corporation organized under the laws of Ohio and maintains its principal place of business in Ohio. Pursuant to 28 U.S.C. § 1332(c)(1), therefore, Nationwide is a citizen of the State of Ohio.

9. Accordingly, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a).

B.   **Amount in Controversy**

10.   Generally, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." 28 U.S.C. § 1446(c)(2); *see also Santiago v. State Farm Lloyds*, No. 7:13-CV-83, 2013 WL 1880845, at *1 (S.D. Tex. May 3, 2013). Removal is proper if it is "facially apparent" from the complaint that the claims asserted exceed the jurisdictional amount. *Puckitt v. Wells Fargo Bank, N.A.*, No. G-09-0056, 2010 WL 2635626, at *3 (S.D. Tex. June 28, 2010) (citing *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)). If it is not thus apparent, the court may rely on "summary judgment-type" evidence to ascertain the amount in controversy. *Puckitt v. Wells Fargo Bank, N.A.*, No. G-09-0056, 2010 WL 2635626, at *3 (S.D. Tex. June 28, 2010) (citing *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)).

11.   Here, Plaintiffs' Original Petition seeks "only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, attorney fees and costs." **Exhibit A**, Plaintiffs' Original Petition with Citation, at ¶8(a). Plaintiffs' Original Petition also alleges "Plaintiffs have sustained damages in excess of this Court's jurisdictional minimum, as a result of the actions and/or omissions of Defendant described hereinabove, including but not limited to: Actual or economic damages for $96,037.22." *Id.* at ¶ 21. In addition, Plaintiffs' counsel sent a pre-suit demand letter in which it demanded this same amount as payment. **Exhibit D**, Plaintiffs' June 23, 2022 Demand Letter.

12.   In addition, penalties, exemplary damages, and attorneys' fees are included as part of the amount in controversy. *See H&D Tire & Automotive-Hardware, Inc. v. Pitney Bowes Inc.*, 227 F.3d 326, 330 (5th Cir. 2000); *see also St. Paul Reinsurance Co. v. Greenberg,* 134 F.3d 1250, 1253 (5th Cir. 1998). In addition to policy benefits in the amount of $96,037.22, Plaintiffs further seek compensation for attorney's fees. **Exhibit A**, Plaintiffs' Original Petition with

Citation, at ¶ 23. Therefore, given the allegations in Plaintiffs' live pleading and pre-suit demand letter, the threshold for diversity jurisdiction, $75,000, is established.

13. The amount in controversy plainly exceeds $75,000, exclusive of interest and costs. *See* **Exhibit A**. Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(b) is satisfied.

### III.
### CONCLUSION

14. Removal of this action under 28 U.S.C. § 1441 is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

15. WHEREFORE, Defendant Nationwide Mutual Insurance Company hereby provides notice that this action is duly removed.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Ave., Ste. 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT
NATIONWIDE MUTUAL INSURANCE
COMPANY**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF and Certified Mail this the 8th day of June, 2023 to:

Gabriel S. Perez                                           ***#9414 7266 9904 2137 9623 93***
Gabriel S. Perez Law Firm
718 Myrtle Ave.
El Paso, Texas 79901
gabriel@gabrielsperezlaw.com

                                              */s/ Patrick M. Kemp*
                                              Patrick M. Kemp