IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT HALTER AND CHRISTINA HALTER | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | CIVIL ACTION NO. 3:23-cv-00225-KC |
| NATIONWIDE MUTUAL INSURANCE COMPANY | § § § | |
| *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Robert Halter and Christina Halter and Defendant Nationwide Mutual Insurance Company provide notice to the Court that Plaintiffs and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

2

Respectfully submitted,

| | |
|---|---|
| */s/ Gabriel S. Perez (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Gabriel S. Perez | Patrick M. Kemp |
| Texas Bar No. 24063580 | Texas Bar No. 24043751 |
| gabriel@gabrielsperezlaw.com | pkemp@smsm.com |
| Gabriel S. Perez Law Firm | Robert G. Wall |
| 1012 North Campbell Street | Texas Bar No. 24072411 |
| El Paso, Texas 79902 | rwall@smsm.com |
| (915) 444-5351 | Segal McCambridge Singer & Mahoney |
| (915) 671-3836 – Facsimile | 100 Congress Avenue, Suite 800 |
| | Austin, Texas 78701 |
| **ATTORNEYS FOR PLAINTIFFS** | (512) 476-7834 |
| **ROBERT AND CHRISTINE HALTER** | (512) 476-7832 – Facsimile |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **NATIONWIDE MUTUAL INSURANCE** |
| | **COMPANY** |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this 5th day of January, 2024 to

Gabriel S. Perez
Gabriel S. Perez Law Firm
1012 North Campbell Street
El Paso, Texas 79902
gabriel@gabrielsperezlaw.com

                                                */s/ Patrick M. Kemp*
                                                Patrick M. Kemp