**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ROBERT HALTER and CHRISTINA HALTER,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CAUSE NO. EP-23-CV-225-KC** |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | § § § | |
| **Defendant.** | § § | |

**<u>ORDER</u>**

On this day, the Court considered the above-captioned case.  On January 5, 2024, the parties informed the Court that they reached an agreement to resolve this matter and are working to finalize settlement.  Joint Notice Settlement, ECF No. 15.  Accordingly, unless the parties submit final closing papers **<u>on or before February 5, 2024</u>**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**IT IS FURTHER ORDERED** that the Trial Preparation Order, ECF No. 7, and all deadlines established therein, are **VACATED**.

**SO ORDERED**.

SIGNED this 8th day of January, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE