IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ROBERT HALTER and CHRISTINA HALTER,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CAUSE NO. EP-23-CV-225-KC |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | § § § | |
| **Defendant.** | § | |

### ORDER

On this day, the Court considered the parties' Agreed Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 17. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 26th day of January, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE